# UNITED STATES DISTRICT COURT
## District of Kansas
(Wichita Docket)

**UNITED STATES OF AMERICA,**

      **Plaintiff,**

      **v.**                 **CASE NO. 15-10045-04-JTM**

**MATTHEW THOMAS,**

      **Defendant.**

## ORDER

Now on this 11th day of January, 2017, the Court having read and considered the joint Motion of the parties filed herein to approve deferred prosecution and delay discovery during the period ending July of 2018, and good cause appearing therefor,

IT IS HEREBY ORDERED that deferred prosecution and the delay of discovery is approved and that this matter be stricken from the Court's trial docket until further order.

Done this 11th day of January, 2017.

                             s/ J. Thomas Marten
                             HONORABLE J. THOMAS MARTEN
                             United States District Court